# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN R. CARTER & LINDA S. CARTER  Case Number: 05-77864
2148 FOREST VIEW ROAD  SSN-xxx-xx-8429 & xxx-xx-9171
ROCKFORD, IL 61108

Case filed on: 11/28/2005
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,226.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 3,350.00 | 3,350.00 | 2,851.37 | 0.00 |
| | Total Legal | 3,350.00 | 3,350.00 | 2,851.37 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WE PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN R. CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EC AUTO SALES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 2,358.63 | 500.00 | 500.00 | 20.64 |
| 025 | WE PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 4,558.63 | 2,700.00 | 2,700.00 | 20.64 |
| 002 | HEIGHTS FINANCE | 0.00 | 1,858.63 | 272.37 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 370.00 | 370.00 | 39.78 | 0.00 |
| 004 | ADVANCE EXPRESS CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 3,816.28 | 3,816.28 | 559.25 | 0.00 |
| 006 | SMC | 217.09 | 217.09 | 23.34 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 439.91 | 439.91 | 64.47 | 0.00 |
| 008 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COUNTRY FARMS INC | 1,491.23 | 1,491.23 | 218.53 | 0.00 |
| 011 | CRUSADER CLINIC | 261.00 | 261.00 | 28.07 | 0.00 |
| 012 | DR. SRIVASTAVA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ACCOUNT RECOVERY SERVICES | 6,291.60 | 6,291.60 | 922.00 | 0.00 |
| 014 | IHC SWEDISH AMERICAN EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAB ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF ST ANTHONY MEDICAL CENTER | 625.41 | 625.41 | 83.52 | 0.00 |
| 017 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD ASSOCIATED PATHOLOGISTS | 351.20 | 351.20 | 37.76 | 0.00 |
| 020 | ROCKFORD CARDIOLOGY ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD E A S | 77.00 | 77.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 8,235.99 | 8,235.99 | 1,206.93 | 0.00 |
| 023 | SWEDISH AMERICAN ER PHYSICIANS | 187.62 | 187.62 | 20.18 | 0.00 |
| 026 | CITIFINANCIAL MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 3,621.20 | 3,621.20 | 530.64 | 0.00 |
| 028 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 25,985.53 | 27,844.16 | 4,006.84 | 0.00 |
| | Grand Total: | 33,894.16 | 33,894.16 | 9,558.21 | 20.64 |

Total Paid Claimant:      $9,578.85
Trustee Allowance:        $647.15
Percent Paid Unsecured:   14.39

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan